## Smith, Appellant, v. Smith.

Submitted March 2, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Edward M. Murphy,* for appellant.

*Morris B. Gelb* and *James J. Powell,* for appellee.

OPINION PER CURIAM, April 16, 1959:

The decree of the court below is affirmed at appellant's cost on the opinion of Judge EAGEN of the Court of Common Pleas of Lackawanna County, as reported in 16 Pa. D. & C. 2d 449.